**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Frederick COOPER, Defendant–Appellant.**

**No. 12–1356.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 5, 2012.

Filed: Sept. 14, 2012.

Linda B. Lipe, Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Plaintiff–Appellee.

Frederick Cooper, Forrest City, AR, pro se.

Chris Tarver, Assistant Federal Public Defender, Federal Public Defender's Office, Little Rock, AR, for Defendant–Appellant.

---

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

## PER CURIAM.

Frederick Cooper appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion to reduce his sentence under Amendment 750 to the United States Sentencing Guidelines. We conclude the district court did not abuse its discretion in declining to reduce the sentence after properly considering the danger that a reduction in Cooper's prison term might pose to the community. *See United States v. Burrell,* 622 F.3d 961, 963–64 (8th Cir.2010); *see also* U.S.S.G. § 1B1.10, comment. (n. 1(B)(ii)). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.